IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEVI PACE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 08-B-1018-S |
| ) | |
| GARY HETZEL, Warden; ) | |
| ATTORNEY GENERAL FOR THE ) | |
| STATE OF ALABAMA, ET AL., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on February 23, 2009 recommending that the petition for writ of habeas corpus be dismissed as untimely. The parties were allowed fifteen (15) days from the date of entry of the magistrate judge's findings and recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED** as untimely. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 18th day of March, 2009.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE